IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 02-00035 CRB |
| Plaintiff, | **ORDER OF REMAND** |
| v. | |
| ERIC WILLIAMS, | |
| Defendant. | |

The Court having found probable cause to believe that defendant violated the terms of supervised release, and pursuant to 18 U.S.C. § 3143(a), the defendant is hereby REMANDED to the custody of the United States Marshal.  It is further ordered that the defendant be tested for the presence of drugs forthwith.

**IT IS SO ORDERED.**

Dated:  July 23, 2008

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2002\0035cr\Remand Order.frm