IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>ERIC WILLIAMS,<br>　　　　Defendant.　　　　　　　／ | No. CR 02-00035 CRB<br><br>**ORDER OF RELEASE** |

　　Defendant is hereby ordered RELEASED from custody as of the date of this Order under the same supervised release conditions as when he was first released.  It is further ordered that defendant appear for a status conference on October 1, 2008 at 2:15 p.m.

　　**IT IS SO ORDERED.**

Dated: August 29, 2008　　　　　　　　　　CHARLES  R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2002\0035cr\orderofrelease.wpd